IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENNIFER LANE, DVM, and § | | |
| REBECCA BLACKWOOD, DVM § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | | |
| § | CASE NO. 6:12-CV-00310-WSS | |
| SCOTT & WHITE HEALTHCARE; § | | |
| SCOTT & WHITE CLINIC; § | | |
| SCOTT & WHITE MEMORIAL § | | |
| HOSPITAL AND SCOTT, SHERWOOD § | | |
| AND BRINDLEY FOUNDATION; and § | | |
| RICHARD BESWICK, PHD, MBA, § | | |
| *Defendants.* § | | |

### THE PARTIES' JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE WALTER S. SMITH, JR.:

The purpose of this filing is to provide the Court with formal notice that all parties named in the above-entitled and styled lawsuit have reached a settlement of all issues, claims, and defenses presented in the case.

The parties are working diligently to draft and execute a more formal settlement contract, but the parties have agreed upon all essential terms. The settlement renders Defendants' pending Motions for Summary Judgment moot. The parties therefore respectfully request the Court to withhold any order or ruling on Defendants' Motions for Summary Judgment.

The parties intend to expediently file a Motion to Dismiss with prejudice and a Proposed Final Judgment as soon as the formal agreement is executed, but no later than **Tuesday, September 10, 2013.**

Respectfully Submitted,

TAYLOR DUNHAM, LLP
301 Congress Ave., Suite 1050
Austin, Texas 78701

By: _____
Donald R. Taylor
State Bar No. 19688800
Isabelle Antongiorgi
State Bar No. 24059386

**ATTORNEYS FOR PLAINTIFFS**

GERMER BEAMAN & BROWN, PLLC
301 Congress Ave, Suite 1700
Austin, Texas 78701
(512) 472-0288
(512) 472-9280 (Fax)

By: _____
R. Chad Geisler
State Bar No. 00793793
Missy Atwood
State Bar No. 01428020
Ryan Bueche
State Bar No. 24064970

**ATTORNEYS FOR SCOTT & WHITE HEALTHCARE, SCOTT & WHITE CLINIC, SCOTT & WHITE MEMORIAL HOSPITAL and SCOTT, SHERWOOD AND BRINDLEY FOUNDATION (Now SCOTT & WHITE MEMORIAL HOSPITAL), AND DR. RICHARD BESWICK**